IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ISLAND INTELLECTUAL PROPERTY LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FIRST SOUTHWEST COMPANY, ) <br> ) <br> Defendant. ) | Civil Action No. 11-371-RGA |

**STIPULATION AND ORDER TO TRANSFER TO UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

WHEREAS, this is a patent infringement action involving one patent, U.S. Patent No. 7,933,821 ("the '821 Patent"), asserted by Plaintiff Island Intellectual Property LLC ("Plaintiff" or "Island IP") against Defendant First Southwest Company ("Defendant" or "FSC") with respect to Defendant's accused insured deposit program.

WHEREAS, on July 29, 2011, Defendant filed a motion to transfer this action to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404 (D.I. 21).

WHEREAS, Plaintiff and its affiliates have also filed a series of actions against Deutsche Bank Trust Company Americas and Total Bank Solutions in the United States District Court for the Southern District of New York. These actions have been consolidated into a single action before the Honorable Victor Marrero (*Island Intellectual Property LLC. et al. v. Deutsche Bank Trust Co. Ams. and Total Bank Solutions, LLC*, Civil Action No. 09-CV-02675-VM (S.D.N.Y.) ("the New York Action")).

WHEREAS, Plaintiff has also filed an action involving the '821 Patent against Clearview Correspondent Services, LLC, Scott & Stringfellow, LLC and Branch Banking & Trust Company in the United States District Court for the Eastern District of Virginia (*Island Intellectual Property LLC v. Clearview Correspondent Services, et al.*, Civil Action No. 11-CV-448 (E.D.V.A.) ("the Virginia Action")).

WHEREAS, pursuant to Defendants Clearview Correspondent Services, LLC, Scott & Stringfellow, LLC and Branch Banking & Trust Company's Motion, the Virginia Action was transferred to the United States District Court for the Southern District of New York.

WHEREAS, the New York Action and the Virginia Action are related to this case.

WHEREAS, in the interest of justice this case should appear before the Honorable Victor Marrero in the U.S. District Court for the Southern District of New York.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Island Intellectual Property LLC and counsel for First Southwest Company, subject to the Court's approval, that this case, Civil Action No. 11-371-RGA, be transferred to the Honorable Victor Marrero in the U.S. District Court for the Southern District of New York.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| /s/ *Pilar G. Kraman* | /s/ *Francis DiGiovanni* |
| Adam W. Poff (No. 3990) | Francis DiGiovanni (No. 3189) |
| Pilar G. Kraman (No. 5199) | Dana K. Severance (No. 4869) |
| The Brandywine Building | 1007 North Orange Street |
| 1000 West Street, 17th Floor | P.O. Box 2207 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19899 |
| (302) 571-6600 | (302) 658-9141 |
| apoff@ycst.om | fdigiovanni@cblh.com |
| pkraman@ycst.com | dseverance@cblh.com |

| | |
|---|---|
| Anthony Lo Cicero | Edward G. Poplawski |
| Charles R. Macedo | Jeffrey A. Finn |
| Benjamin Charkow | Olivia M. Kim |
| Jessica Capasso | Aaron Farber |
| AMSTER ROTHSTEIN & EBENSTEIN LLP | SIDLEY AUSTIN LLP |
| 90 Park Avenue | 555 West Fifth Street |
| New York, New York 10016 | Suite 4000 |
| (212) 336-8000 | Los Angeles, CA 90013 |
| | (213) 896-6000 |
| *Attorneys for Plaintiff* | |
| *Island Intellectual Property LLC* | *Attorneys for Defendant First Southwest Company* |

**SO ORDERED** this 5th day of December, 2011, that the case is transferred to The United States District Court for the Southern District of New York.

_____
The Honorable Richard G. Andrews
United States District Judge
District of Delaware